

# IN THE
# TENTH COURT OF APPEALS

## No. 10-24-00352-CR

**BRANDON LEE CARLTON,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2018-298-C2

## MEMORANDUM OPINION

Brandon Lee Carlton appealed the trial court's Judgment Adjudicating Guilt. He now moves to dismiss the appeal. Carlton and his attorney have signed the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, Carlton's motion to dismiss is granted, and this appeal is dismissed. *Id.*

                                        TOM GRAY
                                        Chief Justice

Before Chief Justice Gray,
        Justice Smith, and
        Justice Rose[1]
Motion granted; appeal dismissed
Opinion delivered and filed December 12, 2024
Do not publish
[CR25]



---

[1] The Honorable Jeff Rose, Senior Chief Justice (Retired) of the Third Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.